IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | Criminal No. 24-40024 |
| | ) | |
| v. | ) | VIO: Title 18, United States Code, |
| | ) | Section 13: 625 ILCS 5/6-303 and |
| JILL A. DYER, | ) | 625 ILCS 5/3-707 |
| | ) | |
| Defendant, | ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

On or about April 15, 2024, in the Central District of Illinois, the defendant,

**JILL A. DYER,**

operated a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, with a suspended driver's license, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303 and in violation of Title 18, United States Code, Section 13.

### COUNT 2

On or about April 15, 2024, in the Central District of Illinois, the defendant,

**DEFENDANT'S NAME,**

operated a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, without proof of valid liability insurance, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/3-707 and in violation of Title 18, United States Code, Section 13.

        JOHN. E. CHILDRESS
        UNITED STATES ATTORNEY

BY:    /S/ Pamela Kennerly Ignatius
        PAMELA KENNERLY IGNATIUS
        SPECIAL ASSISTANT U.S. ATTORNEY
        Rock Island Arsenal
        Rock Island, Illinois 61299-5000
        Telephone: (309) 782-6618